G1K4VILC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          12 CR 439 (PAC)

HILDEBRANDO ALEXANDER
CIFUENTES-VILLA,

                Defendant.
------------------------------x
                                        New York, N.Y.
                                        January 20, 2016
                                        10:15 a.m.

Before:

                   HON. PAUL A. CROTTY,

                                        District Judge



                       APPEARANCES

PREET BHARARA
    United States Attorney for the
    Southern District of New York
CHRISTIAN R. EVERDELL
SHAWN CROWLEY
    Assistant United States Attorneys


JOHANNA SANGER ZAPP
    Attorney for Defendant



ALSO PRESENT:  SELMA MARKS, Spanish Interpreter
```

|   |   |
|---|---|
| 1 | (In open court; case called) |
| 2 | THE COURT:  Good morning. |
| 3 | Mr. Everdell, Ms. Crowley, who is going to speak for |
| 4 | the government? |
| 5 | MS. CROWLEY:  I will be speaking today, your Honor. |
| 6 | THE COURT:  Okay.  What's up? |
| 7 | MS. CROWLEY:  Your Honor, the defendant was arrested |
| 8 | in November of 2013.  He was extradited here last week.  He |
| 9 | arrived in the district on Thursday and was presented and |
| 10 | arraigned in magistrate court on Friday. |
| 11 | We have begun discussing possible pretrial disposition |
| 12 | with defense counsel.  We expect those discussions to continue, |
| 13 | but it is going to take some time for us to reach an |
| 14 | appropriate disposition.  We would ask for a date somewhat far |
| 15 | out for another conference to update the Court on the status. |
| 16 | THE COURT:  How far out, Ms. Crowley? |
| 17 | MS. CROWLEY:  Six months, your Honor. |
| 18 | THE COURT:  Ms. Zapp. |
| 19 | MS. ZAPP:  Your Honor, everything the government has |
| 20 | stated is accurate.  I agree with everything.  I would waive |
| 21 | speedy trial.  Six months would be fine. |
| 22 | THE COURT:  I don't like to do that, but I guess under |
| 23 | the circumstances six months would bring us to sometime in |
| 24 | July.  Let's do it the last week of June. |
| 25 | THE DEPUTY CLERK:  Wednesday, June 29th, at |

1  11:00 a.m., your Honor.

2  THE COURT: Okay.

3  Ms. Zapp, do you have something to say?

4  MS. ZAPP: Your Honor, there is just one thing I would
5  like to address. There is a medical issue. My client, in
6  May of 2015, had a cornea transplant in Colombia, and there
7  needs to be follow-up. There are drops that he needs, and it
8  affects his vision tremendously. He can barely see. I would
9  ask that the Court direct that the MDC, at the very least, have
10  an MDC doctor see him but perhaps -- I'm sorry -- the MCC, it's
11  the MCC -- that the MCC doctor see him, and if a specialist
12  needs to get involved, I'm happy to do any legwork that is
13  involved, but that is an issue that is very important.

14  THE COURT: MCC or MDC?

15  MS. ZAPP: He is at MCC.

16  THE COURT: Will you call, Ms. Crowley?

17  MS. CROWLEY: I will, your Honor.

18  THE COURT: Keep Ms. Zapp informed. If there is any
19  problem, Ms. Zapp, let me know.

20  MS. ZAPP: Thank you.

21  THE COURT: You want to exclude time through
22  June 29th?

23  THE DEPUTY CLERK: June 29th, at 11:00 a.m.

24  MS. CROWLEY: Yes, your Honor.

25  THE COURT: Do you have any objection?

1        MS. ZAPP:  No, your Honor.
2        THE COURT:  Okay.  The time between now and our next
3   conference on June 29th will be excluded.  It is in the
4   interest of justice to do so.  Those interests outweigh the
5   interests of the public and the defendant in a speedy trial.
6        If you need me before then, I'll be here.  You can
7   call me.  Otherwise, I will see you in June.
8        MS. ZAPP:  Thank you, your Honor.
9        MS. CROWLEY:  Thank you, your Honor.
10       THE DEPUTY CLERK:  This Court stands in recess.
11       (Adjourned)